IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RUSSELL CARRINGTON | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: 1:19-cv-03587 - ELH |
| JALESSA DORSEY | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STATUS REPORT

Plaintiff, Russell Carrington ("Plaintiff"), by and through his undersigned counsel, in accordance with this Honorable Court's Order of September 13, 2022, hereby files this Status Report and respectfully states as follows:

1. Undersigned counsel was appointed on January 25, 2022. Thereafter, counsel began a review of all relevant case materials/pleadings. Counsel also endeavored to speak with Plaintiff in order to gather material to address damages.

2. Plaintiff and undersigned counsel discussed this case for the first time on March 2, 2022. During that telephone call, it was determined that certain documents may be relevant in supporting Plaintiff's damages in this case.

3. Plaintiff and undersigned counsel have been diligently working to contact individuals who may possess relevant materials supportive of Plaintiff's damage claims and requested copies of said documents.

4. Plaintiff and undersigned counsel spoke on June 22, 2022. During that telephone call, Plaintiff indicated that he had recently obtained relevant materials and that those materials had been mailed to undersigned counsel.

5. Upon receipt and review of the materials mailed by Plaintiff, undersigned counsel has requested additional documentation that is relevant to this Court's determination of whether Plaintiff is entitled to damages.

6. More specifically, on or about August 16, 2022, undersigned counsel submitted a Freedom of Information Act/Privacy Act (FOIA/PA) request with the Federal Bureau of Prisons for copies of Plaintiff's counseling records/records for psychological services received by Plaintiff relating to Defendant Dorsey's conduct which is at issue in this case.

7. On or about September 1, 2022, undersigned counsel received written correspondence from the Federal Bureau of Prisons indicating that it may take up to nine months to process undersigned counsel's request.

8. Subsequently, undersigned counsel has been working with Plaintiff to narrow/modify the FOIA request in an effort to reduce the processing time. Plaintiff has also submitted requests to obtain the records himself.

9. Once this pertinent material is obtained, undersigned counsel will be prepared to file a submission concerning Plaintiff's injuries and damages.

Respectfully Submitted,

*/s/ F.X. Leary*
_____
Francis X. Leary (fleary@crlmlaw.com)
Federal Bar No.: 09769
Chason, Rosner, Leary & Marshall, LLC
210 Allegheny Avenue, Suite 200
Towson, Maryland 21204
(410) 494-3701
F: (410) 583-7001
Attorneys for Plaintiff for the limited
purpose of damages

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of September, 2022, a copy of the foregoing Status Report of Plaintiff was served via this Court's electronic filing system.

*/s/ F.X. Leary*
_____
Francis X. Leary (fleary@crlmlaw.com)
Federal Bar No.: 09769
Attorneys for Plaintiff for the limited
purpose of damages