## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

RUSSELL CARRINGTON       *

      Plaintiff       *

v.       *       **Civil Action No.: 1:19-cv-03587 - ELH**

JALESSA DORSEY       *

      Defendant       *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## PETITION FOR WRIT OF HABEAS CORPUS AND PROSEQUENDUM

To:     THE HONORABLE ELLEN LIPTON HOLLANDER, JUDGE OF SAID COURT:

AND NOW, this _1st_ day of February, 2023, comes Francis X. Leary, Attorney for Plaintiff, and files this Petition as follows:

1.     That your Petitioner is Francis X. Leary, Attorney for Plaintiff, Russell Carrington.

2.     That the Plaintiff, Russell Carrington, is incarcerated in USP-Canaan, Waymart, Pennsylvania.

3.     That the presence of the said Russell Carrington is required by the United States District Court for the District of Maryland for the purpose of an Evidentiary Hearing and any other proceedings that may be necessary in the above captioned matter to be held on Tuesday, March 28, 2023 beginning at 11:00 a.m. at the United States District Court for the District of Maryland, Baltimore, Maryland.

4.      Due to the health concerns of the COVID-19 virus, the Plaintiff will appear via video technology on Tuesday, March 28, 2023 beginning at 11:00 a.m. from USP Canaan for the Evidentiary Hearing.

5.      That the Plaintiff will remain in the custody of USP Canaan.

WHEREFORE, your Petitioner prays this Honorable Court to issue a Writ of Habeas Corpus Ad Prosequendum directed to Warden Eric Bradley of USP-Canaan, Waymart, Pennsylvania, requiring him to produce the body of the said RUSSELL CARRINGTON, via video for an Evidentiary Hearing on Tuesday, March 28, 2023 at 11:00 a.m. to be held at the United States District Court for the District of Maryland, Baltimore, Maryland, in the above captioned case.

Respectfully Submitted,

Francis X. Leary (fleary@crlmlaw.com)
Federal Bar No.: 09769
Chason, Rosner, Leary & Marshall, LLC
210 Allegheny Avenue, Suite 200
Towson, Maryland  21204
(410) 494-3701
F: (410) 583-7001
Attorneys for Plaintiff for the limited
purpose of damages

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___ day of February, 2023, copies of the Petition for Writ of Habeas Corpus Ad Prosequendum and Proposed Writ of Habeas Corpus Ad Prosequendum were served via this Court's electronic filing system and mailed, postage prepaid to:

Jalessa Dorsey
6776 Reisterstown Road
Baltimore, Maryland 21215

_____
Francis X. Leary (fleary@crlmlaw.com)
Federal Bar No.: 09769
Attorneys for Plaintiff for the limited
purpose of damages